**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re:<br>WANDA M KISOR<br>PO BOX 87<br>WAVERLY, OH  45690 | Case No:    05-60196<br><br>Judge:      CHARLES M. CALDWELL |

SSN(S):    XXX-XX-2904

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

| | |
|---|---|
| Dated:  June 15, 2010 | /s/ Frank M. Pees<br>_____<br>Frank M. Pees<br>Chapter 13 Trustee |

| **Name and Address** | **Amount** |
|---|---|
| AURORA LOAN SERVICES INC<br>601 5TH AVE<br>PO BOX 1706<br>SCOTTSBLUFF, NE  693631706 | 16.07 |